| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  MONTGOMERY, ANN D | 2. Court or Organization  U.S. DISTRICT COURT - MN | 3. Date of Report  05/06/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  ARTICLE III JUDGE - ACTIVE | 5. ReportType (check appropriate type)  Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  01/01/2003  to  12/31/2003 |
| 7. Chambers or Office Address  13W U.S. COURTHOUSE  300 SOUTH FOURTH STREET  MINNEAPOLIS, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED

May 12 12 22 PM '04

FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D | 05/06/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | MN Continuing Legal Education | 2,700.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Arthur, Chapman, Kettering, Smetak & Pikala Law Firm |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D | 05/06/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. US Bancorp | A | Interest | K | T | | | | | |
| 2. Vanguard/Wellington | D | Dividend | K | T | | | | | |
| 3. Vanguard Wellesey Inc. Fund | C | Dividend | K | T | | | | | |
| 4. T. Rowe Price - Growth Stock - IRA Account | | None | | | Sold | 4/11 | K | | |
| 5. T. Rowe Price - New Horizons - IRA Account | | None | | | Partial sale | 4/11 | J | | |
| 6. TCF Financial Corp - Common Stock | | None | | | Sold | 1/7 | J | A | |
| 7. Nortech System - Common Stock | A | Dividend | J | T | | | | | |
| 8. Minnesota State Judge Retirement Plan | | None | K | U | | | | | |
| 9. 1\4 Interest in ▮▮▮ woods/farm land in Meeker Co., MN | A | Rent | J | S | | | | | |
| 10. Neurogen Corp. HWP - Common Stock | B | Dividend | J | T | | | | | |
| 11. Putnam New Opportunity Fund IRA Account | | None | | | Sold | 4/11 | K | | |
| 12. Putnam International New Opportunity Fund IRA Account | | None | | | Partial sale | 4/11 | J | | |
| 13. Putnam Fund for Growth & Income | A | Dividend | | | Sold | 11/5 | J | | |
| 14. Putnam Fund for Growth & Income | A | Dividend | | | Sold | 11/5 | J | | |
| 15. Putnam Voyager Fund | A | Dividend | | | Sold | 11/5 | J | | |
| 16. Putman Voyager Fund | B | Dividend | | | Sold | 11/5 | J | | |
| 17. U.S. Treasury Bonds | D | Interest | L | T | Buy | 12/3 | K | | |
| 18. Alliance Municipal Trust | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   ● = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D | 05/06/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Lincoln Life Variable Annuity Fund | D | Dividend | K | T | | | | | |
| 20. Putnam Income Fund | A | Dividend | | | Buy | 3/12 | J | | |
| 21. T. Rowe Price - Personal Strat. Growth - IRA Acct. | C | Dividend | J | T | Buy | 4/11 | J | | |
| 22. T. Rowe Price - Cap. App. - IRA Acct. | D | Dividend | K | T | Buy | 4/11 | K | | |
| 23. Putnam Int'l Equity (Growth) B - IRA Acct. | | None | | | Buy | 4/11 | J | | |
| 24. Putnam New Value B | | None | | | Buy | 4/11 | K | | |
| 25. Putnam Mid-Cap Value B | | None | | | Buy | 4/11 | J | | |
| 26. T. Rowe Price New Horizons - IRA Acct. | | None | | | Sold | 5/14 | J | | |
| 27. T. Rowe Price - Small Cap Stock - IRA Acct. | A | Dividend | J | T | Buy | 5/14 | J | | |
| 28. Putnam New Opps B - IRA Acct. | A | Dividend | J | T | Sold | 5/14 | J | | |
| 29. Putnam Cap. Opp. B - IRA Acct. | | None | | | Buy | 5/14 | J | | |
| 30. Pershing Govt. Acct. - IRA Acct. | A | Dividend | L | T | Buy | 11/2 | L | | |
| 31. Putnam Income Fund | A | Dividend | | | Sold | 11/5 | J | | |
| 32. Putnam Int'l Equity (Growth) B - IRA Acct. | | None | | | Sold | 11/5 | K | | |
| 33. Putnam New Value B | | None | | | Sold | 11/5 | K | | |
| 34. Putnam Mid-Cap Value B | | None | | | Sold | 11/5 | J | | |
| 35. Putnam Cap. Opp. B - IRA Acct. | | None | | | Sold | 11/5 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII: No. 9 - Item 9 is real estate owned in common with my siblings. The assessed tax value is approximately $11,000; the current value may actually be less than that but my share, in any event, would be less than $5,000.

Section VII: No. 23 - Putman International Equity Growth changed its name on 5/1/03 to Putnam International Equity.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>MONTGOMERY, ANN D | Date of Report<br><br>05/06/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 6, 2004_

NOTE: A[_____] WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJE[_____]S (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544